UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :        APPLICATION AND
        - v. -                    :        UNSEALING ORDER
                                  :
JOSE FRANCISCO MENDOZA,           :        S1 07 Cr. 756
  a/k/a "Jose Vidales-Mendoza,"   :
  a/k/a "Juan Carlos Flores,"     :
  a/k/a "Pepe,"                   :
FRANCISCO AMBRIZ, JR.,            :
  a/k/a "Pee Wee,"                :
ALBA NAZARIO,                     :
  a/k/a "La Flaca,"               :
  a/k/a "Geovany,"                :
JEIMY ORTIZ,                      :
EMERSON GUZMAN,                   :
  a/k/a "Flaco,"                  :
  a/k/a "Charlie,"                :
ELVIS TEJADA,                     :
ROSALY GARCIA-GUZMAN,             :
  a/k/a "Charlie,"                :
  a/k/a "Shally,"                 :
CANDIDO RAFAEL FERNANDEZ,         :
  a/k/a "Ralphie,"                :
CESAR ESTEVEZ,                    :
  a/k/a "Boli,"                   :
  a/k/a "Bolivita,"               :
                                  :
                  Defendants.     :
                                  :
- - - - - - - - - - - - - - - - - x



USDC SDNY DOCUMENT ELECTRONICALLY FILED AUG 16 2007

    The United States of America, by Michael J. Garcia,

United States Attorney for the Southern District of New York, and

Rua M. Kelly, Assistant United States Attorney, of counsel, hereby

makes this application to this Court for an Order: (1) to unseal

the Indictment in the above-captioned matter; and (2) to make

0293

publicly available a copy of the Indictment.

>MICHAEL J. GARCIA
>United States Attorney
>Southern District of New York

By: _____
Rua M. Kelly
Assistant United States Attorney
Southern District of New York
(212) 637-2471

IT IS SO ORDERED:

Dated: New York, New York
       August __, 2007

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

0293