UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America

DOCKET #: 07 Cr. 756(RJS)

-v-

Jose Francisco Mendoza, et al.

Defendant.

------------------------------------------------------------X

### NOTICE OF CHANGE OF ADDRESS

To: Attorney Admissions Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for Allan P. Haber.

I am admitted to practice law in the United States District Court for the Southern District of New York. My bar number is ah5790.

As of November 1, 2007, my new address will be: 111 Broadway, Suite 701, New York, New York 10006.

My new fax number will be: 212-374-1506

My telephone (212-233-4411) and e-mail (allanhaber@aol.com) will remain the same.

Dated: November 2, 2007

_____
Allan P. Haber