UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATED OF AMERICA          :

    -v-                           :    **ORDER**

ALBA NAZARIO                       :    07 Cr. 756 (RJS)

        Defendant.            :

------------------------------------X

    Upon application and declaration of ALLAN P. HABER, attorney for the defendant Alba Nazario, it is hereby

    ORDERED, the defendant's bail condition shall be modified to require her to report to Pre-Trial Services once-a-month instead of every two weeks as previously required under the original conditions of her release. It is further

    ORDERED, that all other conditions of her release shall remain the same.

DATED:   NEW YORK, NEW YORK
        March 26, 2008

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE